ROBERT S. CAMERON    SBN 122693
Cameron Law Office
6401 Elvas Avenue
Sacramento, California 95819
Telephone:    (916) 254-7305

Attorney for Defendant
DEBORAH SWEANEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE KRAMER and DEBORAH SWEANEY<br><br>　　　　Defendants. | Case No. 14-cv-01896-JAM<br><br>**ORDER GRANTING DEFENDANT DEBORAH SWEANEY'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF BOND SAFEGUARD INSURANCE COMPANY**<br><br>Date: October 7, 2015<br>Time: 9:30 a.m.<br>Courtroom: 6, 14th Floor<br>Judge: Hon. John A. Mendez |

The motion of Defendant DEBORAH SWEANEY for summary judgment came on regularly for hearing on October 7, 2015 at 9:30 a.m. in Courtroom 6 of the above entitled court, the Honorable Judge John A. Mendez presiding. Robert S. Cameron, attorney for DEBORAH SWEANEY, Defendant and moving party and Richard A. Sullivan of Lewis Brisbois Bisgaard & Smith, attorney for BOND SAFEGUARD INSURANCE COMPANY, Plaintiff and Responding Party, were present. The court having considered all pleadings and evidence filed herein and oral argument presented at the time of the hearing and good cause appearing therefor, the court now finds and orders as follows:

## FINDINGS

1. After considering the papers filed in support of and in opposition to the motion and oral argument of counsel, the court finds that there is no triable issue of material fact as to the Plaintiff's sixth and seventh causes of action against Defendant DEBORAH SWEANEY, there are no other causes of action stated against Defendant DEBORAH SWEANEY and therefore DEBORAH SWEANEY is entitled to judgment as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. The bases of this finding is stated as follows:

   a. BOND SAFEGUARD INSURANCE COMPANY did not file a Statement of Disputed Facts and therefore all statements of DEBORAH SWEANEY stated in her Statement of Undisputed Facts are deemed true.

   b. The Fraudulent Conveyance provisions of California Civil Code §3439.01 (a)(1) excludes from the definition of "asset" of a debtor as to which a transfer may be set aside as a fraudulent conveyance, "Property to the extent it is encumbered by a valid lien".

   c. The property located at 1992-1994 Vista Mar Drive, El Dorado Hills, California as to which BOND SAFEGUARD INSURANCE COMPANY seeks to set aside Defendant DEBORAH SWEANEY's Deed of Trust is encumbered by a valid judgment lien in favor of Northern Lights, LLC as judgment creditor as well as other senior liens and encumbrances and therefore this property is not property of debtor as to which the transfer to DEBORAH SWEANEY by Deed of Trust may be set aside as a fraudulent conveyance.

WHEREFORE, the Court now Orders as follows:

## ORDER

1. The Motion for Summary Judgment is GRANTED.

     2.     Judgment will be entered in favor of Defendant DEBORAH SWEANEY and against Plaintiff BOND SAFEGUARD INSURANCE COMPANY on Plaintiff's sixth cause of action to set aside DEBORAH SWEANEY's Deed of Trust as a fraudulent conveyance.

     3.     Judgment will be entered in favor of Defendant DEBORAH SWEANEY and against Plaintiff BOND SAFEGUARD INSURANCE COMPANY on Plaintiff's seventh cause of action for conspiracy to defraud Plaintiff.

     4.     There being no other claims or causes of action pleaded against Defendant DEBORAH SWEANEY in the complaint of BOND SAFEGUARD INSURANCE COMPANY, judgment will be entered dismissing the complaint with prejudice as to Defendant DEBORAH SWEANEY and ordering that Plaintiff BOND SAFEGUARD INSURANCE COMPANY take nothing against Defendant DEBORAH SWEANEY and awarding Defendant DEBORAH SWEANEY her costs of suit as allowed by law.

DATE: 10/15/2015                            /s/ John A. Mendez_____
                                                  Judge of the United States District Court