UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bond Safeguard Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>　George Kramer, et al.,<br><br>　　　　　Defendant. | Case No.  2:14-cv-01896-JAM-CKD<br><br><br>**JUDGMENT** |

**XX** – **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　IT IS SO ORDERED AND ADJUDGED

　　　　**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEBORAH SWEANEY IN ACCORANCE WITH THE COURT'S ORDER FILED ON 10/16/2015.**

October 16, 2015                                        MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/  K. Zignago, Deputy Clerk