

DEC 17 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LEWIS BRISBOIS BISGAARD & SMITH LLP
RICHARD A. SULLIVAN, SB# 201544
2020 W. El Camino Avenue, Suite 700
Sacramento CA 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

GODIN & BAITY, LLC
Jerome M. Joseph, Co Bar #15077
*Admitted Pro Hac Vice*
621 Seventeenth Street, Suite 1900
Denver, CO 80293
303-572-3100 - Phone
303-572-3400 – Fax

Attorneys for Plaintiff BOND SAFEGUARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE KRAMER and DEBORAH SWEANEY <br><br> Defendant. | CASE NO. 2:14-cv-01896-JAM-CKD <br><br> Trial Date:   January 11, 2016 <br><br> STIPULATION ON DEBORAH SWEANEY'S CLAIM FOR COSTS OF SUIT |

Plaintiff Bond Safeguard Insurance Company and Defendant Deborah Sweaney ("Sweaney") by their undersigned attorneys, hereby stipulate that Plaintiff has made a payment to Sweaney which satisfies any and all obligations of Plaintiff to pay costs incurred by Sweaney related in any way to this case. Plaintiff and Sweaney hereby stipulate that there will be no further proceedings between them in this case. On October 15, 2015, the Court entered an Order granting summary judgment on Plaintiff's claims against Sweaney. On November 13, 2015, Sweaney

1 agreed to dismissal of her Counterclaims against Plaintiff. Plaintiff and Sweaney consider all
2 matters between them now fully resolved.

4 DATED: December 9, 2015

**GODIN & BAITY, LLC**
JEROME M. JOSEPH

By: /s/ Jerome M. Joseph
Jerome M. Joseph
Attorneys for Plaintiff BOND SAFEGUARD INSURANCE COMPANY

LAW OFFICES OF ROBERT S. CAMERON

By: _____
Robert S. Cameron
Attorney for Defendant DEBORAH SWEANEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE KRAMER and DEBORAH SWEANEY<br><br>Defendant. | CASE NO. 2:14-cv-01896-JAM-CKD<br><br>Trial Date:   January 11, 2016<br><br>**ORDER RE: STIPULATION ON DEBORAH SWEANEY'S CLAIM FOR COSTS OF SUIT** |

Based on the Stipulation on Deborah Sweaney's Claim for Costs of Suit between Plaintiff Bond Safeguard Insurance Company and Defendant Deborah Sweaney ("Sweaney"), and the Court noting that all matters and claims between them have been settled, the Court hereby dismisses all claims between Plaintiff and Sweaney with prejudice. This Order shall not have any impact on the remaining claims in the case that Plaintiff is pursuing against Defendant George Kramer.

Dated this 17th day of December, 2015.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE