UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>GEORGE KRAMER and DEBORAH SWEANEY<br><br>            Defendants. | CASE NO. 2:14-cv-01896-JAM-CKD<br><br>Trial Date:        January 11, 2016<br><br>**ORDER RE: STIPULATION FOR SETTLEMENT** |

Based on the Stipulation for Settlement between Plaintiff Bond Safeguard Insurance Company and Defendant George Kramer ("Kramer"), and the Court hereby approving the said Stipulation, the Court hereby declares that Kramer shall have the obligations and Plaintiff shall have the rights set forth in the stipulation. The Court also hereby orders that its case file shall be closed *and the April 27, 2016 trial date is vacated.*

Dated this *18th* day of *April*, 2016.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE