UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     vs.<br><br>GEORGE KRAMER and DEBORAH SWEANEY<br><br>          Defendants. | CASE NO. 2:14-cv-01896-JAM-CKD<br><br>Trial Date:       January 11, 2016<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Amended Stipulation for Settlement and for Dismissal with Prejudice between Plaintiff Bond Safeguard Insurance Company and Defendant George Kramer ("Kramer"), and the Court hereby approving the said Amended Stipulation, the Court hereby declares that any and all claims which were or might have been asserted between the parties are hereby dismissed with prejudice.  The Court also hereby orders that its case file shall be closed.

Dated this 26th day of April, 2016.

BY THE COURT:

/s/ John A. Mendez_____
U.S. DISTRICT COURT JUDGE

LEWIS
BRISBOIS

4816-4236-1905.1